## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNETH RAY PITTS                                                                                      PETITIONER
ADC #85938

5:08CV00322 BSM/HDY

LARRY B. NORRIS                                                                                        RESPONDENT
Director, Arkansas Department of Correction

**ORDER**

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee.

The Clerk will serve a copy of the petition and this order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this   16   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE